# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| EUSTAQUIO N. UY , | ) | CV 14-00261 HG-KSC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HSBC BANK USA, NATIONAL | ) | |
| ASSOCIATION as Trustee Under | ) | |
| the Pooling and Servicing Agreement | ) | |
| dated as of December 1, 2005, | ) | |
| FREEMONT HOME LOAN TRUST | ) | |
| 2005-E; OCWEN LOAN | ) | |
| SERVICING, LLC, as the Mortgage | ) | |
| Servicer and all persons claiming any | ) | |
| legal or equitable right, title, estate, | ) | |
| lien, or interest in the subject | ) | |
| property described in the Complaint | ) | |
| adverse to Plaintiff's title, or any, | ) | |
| cloud on Plaintiff's title thereto; VIP | ) | |
| NAILS & SPA, LLC, a Hawaii | ) | |
| Limited Liability Company, and | ) | |
| DOES 1-100; DOE | ) | |
| CORPORATIONS 1-100; DOE | ) | |
| PARTNERSHIPS 1-100; DOE | ) | |
| ENTITIES 1-100; DOE | ) | |
| GOVERNMENTAL ENTITIES 1- | ) | |
| 100, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 27)

Findings and Recommendation having been filed and served on all parties

on November 03, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation to Grant in Part and Deny in Part Defendants' Motion For: (1) Payment of Costs of Previously Dismissed Action; (2) Stay Pending Payment; and (3) Dismissal Absent Payment (ECF No. 27) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: November 18, 2014.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge